**Donald GREER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35614.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 2, 1984.

Application to Transfer Denied
Nov. 20, 1984.

**852**

Sean O'Brien, Asst. Public Defender, Kansas City, for appellant.

Philip Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER   .

PER CURIAM.

Appeal from order denying motion to vacate conviction for second-degree murder and sentence to life imprisonment.

Judgment affirmed.   Rule 84.16(b).